# EXHIBIT B

## COURT OF COMMON PLEAS
## CHAMPAIGN COUNTY, OHIO

KIMBERLY FRALEY
326 LAFAYETTE AVENUE
URBANA, OHIO 43078

AND

JAMES FRALEY
326 LAFAYETTE AVENUE
URBANA, OHIO 43078,

        Plaintiffs,

-vs.-

PROPERTY AND CASUALTY INSURANCE
COMPANY OF HARTFORD
201 NORTH ILLINOIS STREET, 16th FLOOR
INDIANAPOLIS, INDIANA 46204
Please Serve:
Property and Casualty Insurance Company of
Hartford
c/o CT Corporation System
334 North Senate Avenue
Indianapolis, Indiana 46204

AND

HARTFORD CASUALTY INSURANCE
COMPANY
201 NORTH ILLINOIS STREET, 16TH FLOOR
INDIANAPOLIS, INDIANA 46204
Please Serve:
Hartford Casualty Insurance Company
c/o CT Corporation System
334 North Senate Avenue
Indianapolis, Indiana 46204

Case No: _____

24 CV 008

**COMPLAINT WITH
JURY DEMAND
ENDORSED HEREON**

FILED
2024 JAN 16 PM 2:59
PENNY S UNDERWOOD
COMMON PLEAS COURT
CHAMPAIGN COUNTY OHIO

AND

THE HARTFORD FINANCIAL SERVICES
GROUP, INC.
690 ASYLUM AVENUE
HARTFORD, CONNECTICUT  06155
Please Serve:
The Hartford Financial Services Group, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

                    Defendants.

NOW COME Plaintiffs, **Kimberly Fraley and James Fraley,** by and through

undersigned counsel, and state their Complaint against the named Defendants, as

follows:

## I. The Parties

1. Plaintiff, Kimberly Fraley, resides at 326 Lafayette Avenue, in Urbana,

Champaign County, Ohio 43078 ["the subject property"] and has so resided at relevant

times herein.

2. Plaintiff, James Fraley, resides at 326 Lafayette Avenue, in Urbana, Champaign

County, Ohio 43078 ["the subject property"] and has so resided at relevant times herein.

3. Plaintiffs, Kimberly Fraley and James Fraley, insured their residence through

Defendants, (1) Property and Casualty Insurance Company of Hartford, (2) Hartford

Casualty Insurance Company, (3) Hartford Accident and Indemnity Company, (4)

Hartford Insurance Company of the Midwest, (5) Hartford Insurance Company of the

Southeast, (6) Trumbull Insurance Company and/or (7) The Hartford Financial Services Group, Inc. [Collectively, "the Hartford Defendants"].

4. This case arises from the negligent and/or willful failure of The Hartford Defendants, acting individually and/or in concert, to fully and adequately indemnify the Plaintiffs, Kimberly Fraley and James Fraley, for their covered loss and damages.

5. Defendant Property and Casualty Insurance Company of Hartford is an Indiana corporation, which issued a homeowners' insurance policy to the Plaintiffs, which was in full force and effect at the time of the subject loss. The executives of this company are located at One Hartford Plaza, Hartford, Connecticut 06155.

6. Defendant Hartford Casualty Insurance Company is an Indiana corporation, which issued a homeowners' insurance policy to the Plaintiffs which was in full force and effect at the time of the subject loss. The executives of this company are located at One Hartford Plaza, Hartford, Connecticut 06155.

7. Defendant Hartford Accident and Indemnity Company is a Connecticut insurance company which issued a homeowners' insurance policy to the Plaintiffs which was in full force and effect at the time of the subject loss. The executives of this company are located at One Hartford Plaza, Hartford, Connecticut 06155.

8. Defendant Hartford Insurance Company of the Midwest is an Indiana corporation which issued a homeowners' insurance policy to the Plaintiffs, which was in full force and effect at the time of the subject loss. The executives of this company are located at One Hartford Plaza, Hartford, Connecticut 06155.

9. Defendant Hartford Insurance Company of the Southeast is a Connecticut insurance company, which issued a homeowners' insurance policy to the Plaintiffs which was in full force and effect at the time of the subject loss. The executives of this company are located at One Hartford Plaza, Hartford, Connecticut 06155.

10. Defendant Trumbull Insurance Company is a Connecticut insurance company which issued a homeowners' insurance policy to the Plaintiffs which was in full force and effect at the time of the subject loss. The executives of this company are located at One Hartford Plaza, Hartford, Connecticut 06155.

11. Defendant Hartford Financial Services Group, Inc., is a Delaware financial services and insurance corporation headquartered in Hartford, Connecticut, which issued a homeowners' insurance policy contract to the Plaintiffs which was in full force and effect at the time of the subject loss.

## II. Jurisdiction and Venue

12. Jurisdiction is properly invoked in the Champaign County Court of Common Pleas, as this Court has jurisdiction over actions for breach of insurance contract, and for bad faith arising from a covered loss and for remediation and restoration services, in which the subject property is located in Champaign County, Ohio.

13. Venue is proper in Champaign County, Ohio, as the subject property is in Champaign County, the material events of the subject property loss occurred in Champaign County, and the Hartford Defendants conduct substantial business within Champaign County, Ohio.

### III. Statement of Facts

**14.** The subject property, a single family dwelling located at 326 Lafayette Avenue, in Urbana, Champaign County, Ohio 43078 was (and still is) owned by the Plaintiffs and is their primary residence.

**15.** On or about **April 01, 2023** Plaintiffs suffered a substantial windstorm loss to the roof at the subject property.

**16.** Plaintiffs, Kimberly Fraley and James Fraley, promptly notified the Hartford Defendants of the occurrence on or about **April 01, 2023** and have satisfied all conditions precedent to pursue a bona fide and valid property loss claim under the subject Hartford insurance policy which was in full force and effect on the date of the subject loss.

**17.** Plaintiff duly reported the loss and fully cooperated with the Hartford Defendants following the subject windstorm loss.  The Hartford Defendants failed to conduct a reasonable investigation of the loss.

**18.** As a result of the subject covered loss, there was substantial damage and/or destruction to the structure and/or contents and/or loss of use and/or additional damages at the subject property.

**19.** The Hartford Defendants wrongfully denied the claim and/or certain portions of the claim and/or processed the claim in bad faith, made an inadequate, partial payment for the loss and/or otherwise engaged in wrongful acts and omissions in failing to fully indemnify the Plaintiffs for their covered loss.

**20.** Plaintiffs placed reasonable reliance on the Hartford Defendants that said Defendants would act in good faith, engage in fair dealing, adjust the claim in good faith

and indemnify the Plaintiffs promptly for their property loss, in an amount, yet to be determined, but in excess of Twenty-five thousand ($25,000.00) dollars, according to proof at trial.

## COUNT I: BREACH OF CONTRACT

**21.** Plaintiffs Kimberly Fraley and James Fraley restate and re-allege each and every allegation contained in Paragraphs One through Twenty (1-20), with the same force and effect as though fully rewritten herein.

**22.** Plaintiffs placed reasonable and justifiable reliance upon the Hartford Defendants to perform the reasonable and necessary services to adjust the subject windstorm loss and to adequately indemnify Plaintiffs for their substantial covered loss.

**23.** The Hartford Defendants owed a duty of good faith and fair dealing to the Plaintiffs Kimberly Fraley and James Fraley in carrying out its duties under the subject insurance policy.

**24.** The Hartford Defendants breached their duty of good faith and fair dealing by, *inter alia*, engaging in the following acts or omissions:

(a) failing to promptly and reasonably adjust and pay the Plaintiffs' claim;

(b) failing to establish a reasonable justification for the denial of the Plaintiffs' claim;

(c) taking advantage of the Plaintiffs' vulnerable position in order to force the Plaintiffs to accept an unfair settlement of the Plaintiffs' claim;

(d) failing to properly inspect the site of the loss and to adequately and properly investigate the claim, with the wrongful intent to deny the Plaintiffs' claim from its inception;

(e) failing to properly analyze the cause of the loss and/or the applicable coverage;

(f) failing to properly review the analysis contained in any reports related to the loss in its possession;

(g) failing to properly review the available evidence related to the loss;

(h) failing to perform a good faith analysis of the loss;

(i) failing to prepare a good faith estimate of damages caused by the loss;

(j) refusing Plaintiffs' reasonable requests for information;

(k) failing to indemnify the Plaintiffs for their losses and damages within a reasonable period of time;

(l) failing to properly train, supervise and/or instruct its adjusters and/or agents;

(m) failing to provide uniform and/or standard guidelines and/or materials to adjusters and/or agents to properly evaluate claims;

(n) failing to timely provide sufficient funds for the repairs and replacement of the subject property;

(o) failing to pay sufficient living expenses and/or loss of use expenses incurred by the Plaintiffs, in accordance with the governing policy of insurance;

(p) failing to provide sufficient funds for the repair and/or replacement of the contents contained in the subject dwelling, as provided for in the subject policy of insurance;

**(q)** acting with malice and/or aggravated and/or egregious fraud, and/or, as principal or master, knowingly authorizing, participating in, or ratifying the actions and/or omissions of an agent or servant of the Defendants; and

**(r)** engaging in other wrongful acts or omissions to be shown at trial on the merits.

**25.** As a direct and proximate result of the above-referenced material breach of the insurance contract by the Hartford Defendants, Plaintiffs Kimberly Fraley and James Fraley have sustained losses and damages, in an amount, yet to be determined, but in excess of Twenty-five thousand ($25,000.00) dollars, according to proof at trial.

**26.** To the extent the conduct of the Hartford Defendants is shown to be willful, wanton, fraudulent, oppressive and/or done in conscious disregard for the property interests of the Plaintiffs Kimberly Fraley and James Fraley, then the Plaintiffs are entitled to an award of punitive damages, in an amount, to be determined by the trier of fact, but in excess of Twenty-five thousand ($25,000.00) dollars, according to proof at trial.

## COUNT II: BAD FAITH

**27.** Plaintiffs Kimberly Fraley and James Fraley restate and re-allege each and every allegation contained in Paragraphs One through Twenty-six (1-26), with the same force and effect, as though fully rewritten herein.

**28.** As insurers, the Hartford Defendants, their respective management, and personnel, have the obligation to act in good faith in addressing coverage decisions, including, but not limited to, acting in good faith in the processing and adjustment of claims, upon the occurrence of a covered event.

**22.** The Hartford Defendants' wrongful failure to promptly and reasonably adjust the subject loss claim, as alleged herein, constitutes a series of arbitrary and capricious acts, without a reasonable factual basis and/or legal justification, thereby constituting multiple acts of bad faith towards their insureds, Plaintiffs, Kimberly Fraley and James Fraley.

**23.** As a direct and proximate result of the Hartford Defendants' bad faith conduct, Plaintiffs, Kimberly Fraley and James Fraley, have been damaged in an amount, yet to be determined, but in excess of Twenty-five thousand ($25,000.00) dollars, according to proof at trial.

**24.** The conduct of the Hartford Defendants has been intentional, malicious, purposeful and/or done in conscious disregard of the rights of the Plaintiffs, such that the Plaintiffs, Kimberly Fraley and James Fraley, are entitled to an award of punitive damages or exemplary damages, in an amount, to be determined by the trier of fact, but in excess of Twenty-five thousand ($25,000.00) dollars, according to proof at trial.

## RELIEF REQUESTED

**WHEREFORE**, Plaintiffs, Kimberly Fraley and James Fraley, by and through counsel, demand the following relief:

**A.** Judgment against the Defendants, (1) Property and Casualty Insurance Company of Hartford, (2) Hartford Casualty Insurance Company, (3) Hartford Accident and Indemnity Company, (4) Hartford Insurance Company of the Midwest, (5) Hartford Insurance Company of the Southeast, (6) Trumbull Insurance Company and/or (7) The Hartford Financial Services Group, Inc., for the full value of the losses and damages sustained by the Plaintiffs, which were caused by the windstorm loss at the subject

property, on or about **April 01, 2023**, in an amount, yet to be determined, but in excess of Twenty-five thousand ($25,000.00) dollars, according to proof at trial;

    **B.** Judgment against Defendant Defendants, (1) Property and Casualty Insurance Company of Hartford, (2) Hartford Casualty Insurance Company, (3) Hartford Accident and Indemnity Company, (4) Hartford Insurance Company of the Midwest, (5) Hartford Insurance Company of the Southeast, (6) Trumbull Insurance Company and/or (7) Hartford Financial Services Group, Inc. for an award of punitive damages, in an amount, to be determined by the trier of fact, but in excess of Twenty-five thousand ($25,000.00) dollars, according to proof at trial;

    **C.** An award of reasonable attorney's fees and costs incurred in the prosecution of this action;

    **D.** An award of pre-judgment interest; and

    **E.** Such further additional relief, whether at law or at equity, as the Court may deem proper and just.

                    Respectfully Submitted,

                    */s/ Heather M. Schisler, Esq.*

                    **Heather M. Schisler, Esq. [0076626]**
                    Trial Attorney for Plaintiffs,
                    Kimberly Fraley and James Fraley
                    Law Offices of Blake R. Maislin, LLC
                    Maislin Professional Center
                    2260 Francis Lane
                    Cincinnati, Ohio 45206
                    PH: (513) 444-4444 Ext. 145
                    FX: (513) 721-5557
                    EM: hschisler@maislinlaw.com

## JURY DEMAND

Plaintiffs hereby demand a trial by jury on all issues so triable, pursuant to, *inter alia*, Civil Rules 38 and 39 of the Ohio Rules of Civil Procedure.

*/s/ Heather M. Schisler, Esq.*

**Heather M. Schisler, Esq. [0076626]**
Trial Attorney for Plaintiffs
Law Offices of Blake R. Maislin, LLC
Maislin Professional Center
2260 Francis Lane
Cincinnati, Ohio 45206
PH: (513) 444-4444 Ext. 145
FX: (513) 721-5557
EM: hschisler@maislinlaw.com

## INSTRUCTIONS TO THE CLERK

Please issue Summons and serve the Summons and Complaint upon the named Defendant at the address stated in the caption via Certified U.S. Mail Service, Return Receipt Requested. Should service be returned as "**UNCLAIMED**," then please re-issue service to that Defendant, via regular U.S. mail service, postage prepaid.

*/s/ Heather M. Schisler, Esq.*

**Heather M. Schisler, Esq. [0076626]**
Trial Attorney for Plaintiffs
Law Offices of Blake R. Maislin, LLC
Maislin Professional Center
2260 Francis Lane
Cincinnati, Ohio 45206
PH: (513) 444-4444 Ext. 145
FX: (513) 721-5557
EM: hschisler@maislinlaw.com

**IN THE COURT OF COMMON PLEAS**
**CHAMPAIGN COUNTY, OHIO**

KIMBERLY FRALEY, et al      :     Case No.: Pending    24CV008

          Plaintiff,     :

                     :

vs.                    :     **PRAECIPE TO SERVE DEFENDANT**
                     :     **PROPERTY AND CASUALTY INSURANCE**
                     :     **COMPANY OF HARTFORD**

PROPERTY AND CASUALTY    :
INSURANCE COMPANY        :
OF HARTFORD, et al          :
          Defendant.    :

---

Now comes Plaintiff, by and through counsel, and asks the court to serve Plaintiff's

Complaint via certified mail, to Defendant Property And Casualty Insurance Company of Hartford

at, <u>c/o CT Corporation System, 334 North Senate Avenue, Indianapolis, Indiana 46204</u>

Respectfully submitted,

*/s/Heather M. Schisler*
**Heather M. Schisler, Esq.  [0076626]**
**Trial Attorney for Plaintiff**
**Law Offices of Blake R. Maislin, LLC**
**Maislin Professional Center**
**2260 Francis Lane**
**Cincinnati, Ohio 45206**
**(513) 444-4444 Ext. 145**
**(513) 721-5557 (FAX)**
**E-mail: hschisler@maislinlaw.com**

## IN THE COURT OF COMMON PLEAS
## CHAMPAIGN COUNTY, OHIO

KIMBERLY FRALEY, et al     :    Case No.: Pending    24CV008

          Plaintiff,     :

                    :

vs.                    :    **PRAECIPE TO SERVE DEFENDANT**
                                  **HARTFORD CASUALTY INSURANCE**
                                  **COMPANY**

PROPERTY AND CASUALTY    :
INSURANCE COMPANY         :
OF HARTFORD, et al          :
          Defendant.    :

---

Now comes Plaintiff, by and through counsel, and asks the court to serve Plaintiff's

Complaint via certified mail, to Defendant Hartford Casualty Insurance Company at, **c/o CT**

**Corporation System, 334 North Senate Avenue, Indianapolis, Indiana 46204**


Respectfully submitted,

**/s/Heather M. Schisler** _____
**Heather M. Schisler, Esq. [0076626]**
**Trial Attorney for Plaintiff**
**Law Offices of Blake R. Maislin, LLC**
**Maislin Professional Center**
**2260 Francis Lane**
**Cincinnati, Ohio 45206**
**(513) 444-4444 Ext. 145**
**(513) 721-5557 (FAX)**
**E-mail: hschisler@maislinlaw.com**

FILED
2024 JAN 17 AM 10: 24
PENNY S. UNDERWOOD
COMMON PLEAS COURT
CHAMPAIGN COUNTY, OHIO

## IN THE COURT OF COMMON PLEAS
## CHAMPAIGN COUNTY, OHIO

KIMBERLY FRALEY, et al    :    Case No.: Pending  24CV008

            Plaintiff,  :

vs.    :    **PRAECIPE TO SERVE DEFENDANT HARTFORD ACCIDENT AND INDEMNITY COMPANY**

PROPERTY AND CASUALTY  :
INSURANCE COMPANY
OF HARTFORD, et al  :
        Defendant.  :

---

Now comes Plaintiff, by and through counsel, and asks the court to serve Plaintiff's

Complaint via certified mail, to Defendant Hartford Accident And Indemnity Company at, **c/o CT**

**Corporation System, 67 Burnside Avenue, East Hartford, Connecticut 06108**

Respectfully submitted,

*/s/Heather M. Schisler*
**Heather M. Schisler, Esq.  [0076626]**
**Trial Attorney for Plaintiff**
**Law Offices of Blake R. Maislin, LLC**
**Maislin Professional Center**
**2260 Francis Lane**
**Cincinnati, Ohio 45206**
**(513) 444-4444 Ext. 145**
**(513) 721-5557 (FAX)**
**E-mail: hschisler@maislinlaw.com**

FILED
2024 JAN 17 AM 10: 24
PENNY S. UNDERWOOD
COMMON PLEAS COURT
CHAMPAIGN COUNTY, OHIO

## IN THE COURT OF COMMON PLEAS
## CHAMPAIGN COUNTY, OHIO

KIMBERLY FRALEY, et al :     Case No.: Pending   24CV008
                            :
        Plaintiff,      :

vs.                            :     **PRAECIPE TO SERVE DEFENDANT**
                              :     **HARTFORD INSURANCE COMPANY OF**
                              :     **THE MIDWEST**
PROPERTY AND CASUALTY  :
INSURANCE COMPANY      :
OF HARTFORD, et al         :
          Defendant.   :

---

Now comes Plaintiff, by and through counsel, and asks the court to serve Plaintiff's

Complaint via certified mail, to Defendant Hartford Insurance Company Of The Midwest at, **c/o**

**CT Corporation System, 334 North Senate Avenue, Indianapolis, Indiana 46204**

Respectfully submitted,

*/s/Heather M. Schisler*
**Heather M. Schisler, Esq. [0076626]**
**Trial Attorney for Plaintiff**
**Law Offices of Blake R. Maislin, LLC**
**Maislin Professional Center**
**2260 Francis Lane**
**Cincinnati, Ohio 45206**
**(513) 444-4444 Ext. 145**
**(513) 721-5557 (FAX)**
**E-mail: hschisler@maislinlaw.com**

FILED
2024 JAN 17 AM 10: 24
PENNY S. UNDERWOOD
COMMON PLEAS COURT
CHAMPAIGN COUNTY, OHIO

# IN THE COURT OF COMMON PLEAS
# CHAMPAIGN COUNTY, OHIO

KIMBERLY FRALEY, et al      :     Case No.: Pending

          Plaintiff,   :

vs.                :     **PRAECIPE TO SERVE DEFENDANT**
                :     **HARTFORD INSURANCE COMPANY OF**
                :     **THE SOUTHEAST**

PROPERTY AND CASUALTY   :
INSURANCE COMPANY       :
OF HARTFORD, et al         :
          Defendant.   :

24CV008

---

Now comes Plaintiff, by and through counsel, and asks the court to serve Plaintiff's Complaint via certified mail, to Defendant Hartford Insurance Company Of The Southeast at, **c/o CT Corporation System, 67 Burnside Avenue, East Hartford, Connecticut 06108**

Respectfully submitted,

**/s/Heather M. Schisler**
**Heather M. Schisler, Esq.  [0076626]**
**Trial Attorney for Plaintiff**
**Law Offices of Blake R. Maislin, LLC**
**Maislin Professional Center**
**2260 Francis Lane**
**Cincinnati, Ohio 45206**
**(513) 444-4444 Ext. 145**
**(513) 721-5557 (FAX)**
**E-mail: hschisler@maislinlaw.com**

FILED

2024 JAN 17 AM 10: 24

PENNY S. UNDERWOOD
COMMON PLEAS COURT
CHAMPAIGN COUNTY, OHIO

## IN THE COURT OF COMMON PLEAS
## CHAMPAIGN COUNTY, OHIO

KIMBERLY FRALEY, et al     :    Case No.: Pending   24CV008

         Plaintiff,    :

vs.               :    **PRAECIPE TO SERVE DEFENDANT**
               :    **TRUMBULL INSURANCE COMPANY**
               :

PROPERTY AND CASUALTY    :
INSURANCE COMPANY       :
OF HARTFORD, et al        :
         Defendant.    :

---

Now comes Plaintiff, by and through counsel, and asks the court to serve Plaintiff's

Complaint via certified mail, to Defendant Trumbull Insurance Company at, **c/o CT Corporation**

**System, 67 Burnside Avenue, East Hartford, Connecticut 06108**

Respectfully submitted,

**/s/Heather M. Schisler**
**Heather M. Schisler, Esq. [0076626]**
**Trial Attorney for Plaintiff**
**Law Offices of Blake R. Maislin, LLC**
**Maislin Professional Center**
**2260 Francis Lane**
**Cincinnati, Ohio 45206**
**(513) 444-4444 Ext. 145**
**(513) 721-5557 (FAX)**
**E-mail: hschisler@maislinlaw.com**

FILED
2024 JAN 17 AM 10: 24
PENNY S. UNDERWOOD
COMMON PLEAS COURT
CHAMPAIGN COUNTY, OHIO

## IN THE COURT OF COMMON PLEAS
## CHAMPAIGN COUNTY, OHIO

KIMBERLY FRALEY, et al    :    Case No.: Pending

          Plaintiff,   :

vs.            :    **PRAECIPE TO SERVE DEFENDANT**
               :    **THE HARTFORD FINANCIAL SERVICES**
               :    **GROUP, INC**

PROPERTY AND CASUALTY   :
INSURANCE COMPANY      :
OF HARTFORD, et al       :
         Defendant.  :

24CV008

Now comes Plaintiff, by and through counsel, and asks the court to serve Plaintiff's Complaint via certified mail, to Defendant The Hartford Financial Services Group, Inc at, **c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801**

Respectfully submitted,

**/s/Heather M. Schisler**
**Heather M. Schisler, Esq.  [0076626]**
**Trial Attorney for Plaintiff**
**Law Offices of Blake R. Maislin, LLC**
**Maislin Professional Center**
**2260 Francis Lane**
**Cincinnati, Ohio 45206**
**(513) 444-4444 Ext. 145**
**(513) 721-5557 (FAX)**
**E-mail: hschisler@maislinlaw.com**

FILED
2024 JAN 17 AM 10: 24
PERRY S. UNDERWOOD
CCPH04 PLEAS COURT
CHAMPAIGN COUNTY, OH

# CHAMPAIGN COUNTY COURT OF COMMON PLEAS
# URBANA, OHIO 43078

## SUMMONS ON COMPLAINT
Rule 4 1970 Ohio Rules of Civil Procedure

KIMBERLY FRALEY
        PLAINTIFF

vs.

PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD
        DEFENDANT        **Case No. 2024 CV 00008**

**To:**    File Copy

      You are hereby summoned that a complaint ( a copy of which is hereto attached and made a part hereof) has been filed against you in this court by the plaintiff(s) named herein.

      You are required to serve upon the plaintiff ('s') attorney, or upon the plaintiff (s) if he/she/they has/ have no attorney of record, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service.  Said answer must be filed with this court within three days after service on plaintiff(s) attorney.

      The name and address of the plaintiff ('s') attorney is as follows:

      **HEATHER M SCHISLER**
      **2260 FRANCIS LANE**
      **CINCINNATI, OH  45206**

      If you fail to appear and defend, judgment  by default will be taken against you for the relief demanded in the complaint.

                PENNY S. UNDERWOOD
                Champaign County Clerk of Courts

                                  Deputy

January 17, 2024

cc:  1- PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD
      2- HARTFORD CASUALTY INSURANCE COMPANY
      3- HARTFORD ACCIDENT AND INDEMNITY COMPANY
      4- HARTFORD INSURANCE COMPANY OF THE MIDWEST
      5- HARTFORD INSURANCE COMPANY OF THE SOUTHEAST
      6- TRUMBULL INSURANCE COMPANY
      7- THE HARTFORD FINANCIAL SERVICES GROUP, INC

**Certified Article Number**
1- 9414 7266 9904 2207 7177 31
**SENDER'S RECORD**

**Certified Article Number**
2- 9414 7266 9904 2207 7177 48
**SENDER'S RECORD**

**Certified Article Number**
3- 9414 7266 9904 2207 7177 55
**SENDER'S RECORD**

**Certified Article Number**
4- 9414 7266 9904 2207 7177 62
**SENDER'S RECORD**

**Certified Article Number**
5- 9414 7266 9904 2207 7177 79
**SENDER'S RECORD**

**Certified Article Number**
6- 9414 7266 9904 2207 7177 86
**SENDER'S RECORD**

**Certified Article Number**
7- 9414 7266 9904 2207 7177 93
**SENDER'S RECORD**

Return Receipt (Form 3811) Barcode

9590 9426 9904 2207 7177 34

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

JAN 22 2024

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type:
   ☒ Certified Mail

Reference Information
2024 CV 0000

9290 9902 2269 7604 9111 33

Article Addressed to:

PROPERTY AND CASUALTY INSURANCE COMPANY
OF HARTFORD
C/O CT CORPORATION SYSTEM
334 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204

Certified Mail (Form 3800) Article Number

9414 7266 9904 2207 7177 31

Domestic Return Receipt

Form 3811, Facsimile, July 2015



United States
Postal Service®

USPS TRACKING #

9590 9426 9904 2207 7377 34

● Sender: Please print your name, address and ZIP+4® below ●

CHAMPAIGN COUNTY CLERK OF COURTS
PENNY S UNDERWOOD
200 N MAIN ST
URBANA OH 43078

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED

2024 JAN 26 PM 1:32

PENNY S. UNDERWOOD
COMMON PLEAS COURT
CHAMPAIGN COUNTY, OHIO



Return Receipt (Form 3811) Barcode

9590 9266 9904 2207 7177 48

1. Article Addressed to:
HARTFORD CASUALTY INSURANCE COMPANY
C/O CT CORPORATION SYSTEM
334 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2207 7177 48

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail

2024 CV 0000 Reference Information
9290 9902 2269 7604 9111 34

MAY 22 2024
6908

Domestic Return Rec



**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Address

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Return Receipt (Form 3811) Barcode

9590 9246 9904 2207 7177 65

1. Article Addressed to:
HARTFORD INSURANCE COMPANY OF THE
MIDWEST
C/O CT CORPORATION SYSTEM
334 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204

3. Service Type:
☒ Certified Mail

2024 CV 0000Reference Information
9290 9902 2269 7604 9111 36

2. Certified Mail (Form 3800) Article Number
9434 7266 9904 2207 7177 62

PS Form 3811, Facsimile, July 2015

Domestic Return Receipt



**USPS TRACKING #**

9590 9426 9904 2207 7177 65

United States
Postal Service®

● Sender: Please print your name, address and ZIP+4® below ●

CHAMPAIGN COUNTY CLERK OF COURTS
PENNY S UNDERWOOD
200 N MAIN ST
URBANA OH 43078

PENNY S. UNDERWOOD
COMMON PLEAS COURT
CHAMPAIGN COUNTY, OHIO

2024 JAN 26 PH 1:32

F I L E D

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Return Receipt (Form 3811) Barcode

9590 9426 9904 2207 7177 72

1. Article Addressed to:
THE HARTFORD INSURANCE COMPANY OF THE
SOUTHEAST
C/O CT CORPORATION SYSTEM
67 BURNSIDE AVENUE
EAST HARTFORD, CT 06108-3408

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail

Reference Information
2024 CV 0000
9290 9902 2269 7604 9111 37

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2207 7177 74

PS Form 3811, Facsimile, July 2015         Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

HARTFORD CT 060

9590 9266 9904 2207 7177 72

United States
Postal Service®

• Sender: Please print your name, address and ZIP+4® below.

F.L.E.D

2024 JAN 29 PM 1:51

PENNY S. UNDERWOOD
COMMON PLEAS COURT
CHAMPAIGN COUNTY, OHI

CHAMPAIGN COUNTY CLERK OF COURTS
PENNY S UNDERWOOD
200 N MAIN ST
URBANA OH 43078

**Return Receipt (Form 3811) Barcode**

9590 9466 9904 2207 7177 56

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail

2024 CV 0000 Reference Information
9290 9902 2269 7604 9111 35

2. Article No.
Certified Mail (Form 3800)
7114 7266 9904 2207 7177 55

Domestic Return Receipt
PS Form 3811, Facsimile, July 2015

GALLAGHER BASSETT INSURANCE
ACCIDENT AND INDEMNITY COMPANY
C/O CT CORPORATION SYSTEM
67 BURNSIDE AVENUE
EAST HARTFORD, CT 06108-3408



United States
Postal Service®

USPS TRACKING #

9590 9402 8904 2807 7177 56

• Sender: Please print your name, address, and ZIP+4® below •

CHAMPAIGN COUNTY CLERK OF COURTS
PENNY S UNDERWOOD
200 N MAIN ST
URBANA OH 43078

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type:
☒ Certified Mail
9290 9902 2269 7604 9111 38

2. Article Number (Transfer from service label)
7014 7266 9904 2207 7177 89

Return Receipt (Form 3811) Barcode

9590 9404 2207 7177 89

TRUMBULL INSURANCE COMPANY
C/O CT CORPORATION SYSTEM
67 BURNSIDE AVENUE
EAST HARTFORD, CT 06108-3408

2024 CY 0000 Reference Information
9290 9902 2269 7604 9111 38.

PS Form 3811, Facsimile, July 2015              Domestic Return Receipt



United States
Postal Service®

USPS TRACKING #

9590 9402 4924 8809 7202 7177 69

HARTFORD CT 060

• Sender: Please print your name, address, and ZIP+4® below•

CHAMPAIGN COUNTY CLERK OF COURTS
PENNY S UNDERWOOD
200 N MAIN ST
URBANA OH 43078

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

2024 JAN 02 PM 1:51