UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KIMBERLY FRALEY, *et al.*,

    Plaintiffs,

vs.

PROPERTY AND CASUALTY INSURANCE
COMPANY OF HARTFORD, *et al.*,

    Defendants.

Case No. 3:24-cv-45

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

_____

**ORDER: (1) CONDITIONALLY DISMISSING CASE WITH PREJUDICE; AND (2) TERMINATING THIS CASE ON THE DOCKET**

_____

Pursuant to the parties' settlement and Fed. R. Civ. P. 41, this case is **CONDITIONALLY DISMISSED WITH PREJUDICE**, and **TERMINATED** on the docket provided that either party may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

November 25, 2024             s/*Michael J. Newman*
                                                      Hon. Michael J. Newman
                                                      United States District Judge